IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LISA COLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:18-CV-498-RP |
| | § | |
| AMERICAN LEGION AUXILIARY DEPARTMENT OF TEXAS and AMERICAN LEGION DEPARTMENT OF TEXAS, | § § § § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On June 10, 2019, Plaintiff Lisa Cole ("Cole") and Defendant American Legion Auxiliary Department of Texas ("ALA") filed a joint motion to dismiss her claims against ALA with prejudice. (Dkt 34). The parties' joint motion is in substance a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is therefore self-effective in dismissing Cole's claims against ALA with prejudice. *See Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). On this date, the Court also dismissed all of Cole's claims against the only other defendant to this action. (Dkt. 35). As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that that each party bear its own costs.

**SIGNED** on June 20, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE